UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 13 CIV 6904

JOEL RIVERA
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

___ Civ. _____ (___) (___)

-against-

REQUEST TO PROCEED
*IN FORMA PAUPERIS*

THE CITY OF NEW YORK, JOHN DOE POLICE OFFICERS #1-5
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, JOEL RIVERA _____, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    Not applicable
    _____
    _____

2. If you are NOT PRESENTLY EMPLOYED:
    a) state the date of start and termination of your last employment
    b) state your earnings per month
    **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

    Not applicable
    _____

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

    _____

    a) Are you receiving any public benefits?        ☒ No.        ☐ Yes, $_____.

    b) Do you receive any income from any other source?   ☒ No.   ☐ Yes, $_____.

*Rev. 05/2010*                                1

4.  Do you have any money, including any money in a checking or savings account? If so, how much?

    ☒ No.    ☐ Yes, $_____.

5.  Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

    ☒ No.    ☐ Yes,  $_____.

6.  Do you pay for rent or for a mortgage? If so, how much each month?

    ☒ No.    ☐ Yes, _____.

7.  List the person(s) that you pay money to support and the amount you pay each month.

    Not applicable
    _____

    _____

8.  State any special financial circumstances which the Court should consider.

    Not applicable
    _____

    _____

    _____

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __26__ day of __September__, 2013.
          date              month        year

_/s/ Joel Rivera_
Signature

CARMEN C. GIORDANO
NOTARY PUBLIC STATE OF NEW YORK
NO. 02GI6071065
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 6/3/14

Rev. 05/2010                    2

**SO ORDERED:**

_K. B. Fo___
U.S.D.J.
9/30/13